IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jay Henderson, Individually and as a Member of Jay Henderson, PLLC, | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:22-cv-02217 |
| VS. | § | |
| Robert L. "Skeeter" Salim, Individually and as a Member of the Salim Beasley, LLC Law Firm, | § | |
| Defendant. | § | |

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Pursuant to the Order for Conference and Disclosure of Interested Parties, Plaintiff Jay Henderson, Individually and as a Member of Jay Henderson, PLLC provides the following information complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of the case:

1. Plaintiff Jay Henderson, Individually and as a Member of Jay Henderson, PLLC

2. Defendant Robert L. "Skeeter" Salim, Individually and as a Member of the Salim Beasley Law Firm.

Should other parties be added to this lawsuit who thereby become financially interested in the outcome of this litigation, Plaintiff will promptly file an amended certificate with the Clerk identifying such interested parties.

Respectfully submitted,

**WARE JACKSON LEE O'NEILL**
**SMITH & BARROW, LLP**

By: */s/ Don Jackson*
Don Jackson
State Bar No. 10476000
donjackson@warejackson.com
Charles B. Hutchison Jr.
State Bar No. 24128618
charleshutchison@warejackson.com
America Tower, 39th Floor
2929 Allen Parkway
Houston, TX 77019
713-659-6400 – Telephone
713-659-6262 – Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on July 19, 2022 via the CM/ECF e-filing system.

*/s/ Don Jackson*
Don Jackson